

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2018

No. 04-17-00338-CV

Travis **CROW**, Britt A. Crow, Laurian Crow Edison, and Karen A. Kraft,
Appellants

v.

Heddie Knappick **LOOKADOO**, Lisa Knappick Lucas, Mary Brown, Margaret Brown Nugent, Charles Brown, Joseph Gallagher, Josephine Brown Noll, Pamela Gallagher Palmer, and Irene B. Zoeller,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 14-10-00188-CVL
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Sitting:    Marialyn Barnard, Justice
           Patricia O. Alvarez, Justice
           Irene Rios, Justice

The parties' have filed a Joint Motion to Abate the Appeal pending mediation. The parties request that we abate this appeal for sixty days. The parties' joint motion is **GRANTED**. It is **ORDERED** that appellants file, on or before **December 31, 2018**, a response in this court addressing whether the abatement should be lifted and the appeal reinstated on the docket of this court. TEX. R. APP. P. 42.1, 43.2; *see Caballero v. Heart of Texas Pizza, L.L.C.*, 70 S.W.3d 180, 180 (Tex. App.—San Antonio 2001, no pet.).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2018.



KEITH E. HOTTLE,
Clerk of Court